No. 3276.—El Pueblo, apldo., v. Moreno, aplte.— C. D. San Juan. Mayo 4, 1928. Siendo el único error imputado por el acusado a la corte inferior en su alegato, relativo a la insuficiencia de la prueba; apareciendo que ésta es contradictoria y no demostrándose que la corte sentenciadora estuviera influida por pasión o prejuicio al dirimir el conflicto o que cometiera manifiesto error en la apreciación, *se confirma* la sentencia.

No. 4588.—The Royal Bank of Canada, apldo., v. Goico et al., apltes.—C. D. Ponce. Mayo 9, 1928. Apareciendo claramente que el término para presentar la transcripción de autos no había vencido cuando se presentó la moción de desestimación, y que tal transcripción de autos ha sido presentada ante esta corte en tiempo oportuno, pudiendo, por lo tanto, la parte apelante sostener su apelación, se declara sin lugar la moción de desestimación.

No. 4591.—Alfaro, apldo., v. Alfaro, aplte.—C. D. Agua- dilla. Mayo 9, 1928. Apareciendo que el 9 de marzo último la corte senten- ciadora concedió al taquígrafo una prórroga de treinta días para presentar la transcripción de sus notas sin que después de vencido ese término se haya concedido nueva prórroga ni se haya presentado en este tribunal la transcripción del legajo de la sentencia, debemos desestimar y desestimamos esta apelación.

No. 4597.—Alvarez, apldo., v. Horta, aplte.—C. D. San Juan. Mayo 9, 1928. Apareciendo que la apelación se interpuso el 9 de marzo de 1925 habiendo el taquígrafo radicado la transcripción de la evidencia el 14 de mayo siguiente, sin que a partir de dicha fecha se prac- ticara por la parte apelante gestión alguna, se declara la moción con lugar y en su consecuencia se desestima por aban- dono el recurso.